# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVIEVE MORRISON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>TUOLUMNE COUNTY SHERIFF,<br><br>　　　　Respondent. | Case No. 1:25-cv-01591-JLT-EPG-HC<br><br>ORDER DIRECTING RESPONDENT TO FILE RESPONSE TO EMERGENCY NOTICE (ECF No. 11)<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE DOCUMENTS ON CALIFORNIA ATTORNEY GENERAL |

Before the Court is an emergency notice of imminent involuntary medication and retaliatory isolation, which contains allegations that Petitioner Genevieve Morrison was informed by jail staff on December 2, 2025 that psychotropic medication will be forcibly administered but Petitioner was never served or received a copy of a court order authorizing such involuntary medication. (ECF No. 11 at 3.)

Accordingly, the Court HEREBY ORDERS that:

1. No later **than 5:00 p.m. on Friday, December 12, 2025**,[1] Respondent SHALL file a response to the emergency notice (ECF No. 11) and any and all relevant documents, including a copy of any court order authorizing involuntary medication if such order exists.

---

[1] If Respondent requires additional time, Respondent may file a motion for extension of time before the deadline has passed and explain in detail why Respondent cannot comply with this schedule. An extension of time will only be granted upon a showing of good cause.

1

2. The Clerk of the Court is DIRECTED to SERVE a copy of this order and the emergency notice (ECF No. 11) on the California Attorney General or his representative.

IT IS SO ORDERED.

Dated: __**December 10, 2025**__       /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

2