# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVIEVE MORRISON,<br><br>    Petitioner,<br><br>  v.<br><br>TUOLUMNE COUNTY SHERIFF,<br><br>    Respondent. | Case No. 1:25-cv-01591-JLT-EPG-HC<br><br>ORDER THAT NO FURTHER SUBMISSIONS FROM NICHOLAS MORRISON WILL BE ACCEPTED IN THIS MATTER<br><br>ORDER DIRECTING CLERK OF COURT TO MAIL NICHOLAS MORRISON COPY OF ORDER |

On November 17, 2025, Nicholas Morrison filed a petition for writ of habeas corpus on behalf of his wife, Genevieve Morrison, who is a state pretrial detainee. (ECF No. 1.) On November 21, 2025, Mr. Morrison filed a motion for temporary restraining order ("TRO"). (ECF No. 5.) That same day, the assigned district judge denied the motion for TRO in a minute order, stating that: (1) "Mr. Morrison may not represent his wife in this litigation"; (2) "Ms. Morrison has been held in 'red classification' for two months, undercutting any claim that a true emergency exists now"; and (3) Younger abstention applies. (ECF No. 8.)

On November 21, 2025, the Court ordered that within forty-five days, Ms. Morrison must notify the Court in writing that she will appear on her own behalf to prosecute this habeas action or Mr. Morrison must secure licensed counsel and said counsel shall file a notice of appearance in this matter because Mr. Morrison may not prosecute this action *pro se* on his wife's behalf. (ECF No. 9.)

1

On December 8, 2025, the Court received an emergency notice of imminent involuntary medication and retaliatory isolation submitted by Mr. Morrison. (ECF No. 11.) Although Mr. Morrison may not prosecute this action *pro se* on his wife's behalf, the Court ordered Respondent to file a response to the emergency notice in an abundance of caution given the allegations of forced administration of psychotropic medication without a court order. (ECF No. 12.)

On December 11, 2025, Respondent filed a response, including a copy of the Tuolumne County Superior Court order authorizing involuntary medication pursuant to Sell v. United States. (ECF No. 14.)[1]

As set forth in the Court's November 21, 2025 order, Mr. Morrison may not prosecute this action *pro se* on his wife's behalf and must secure licensed counsel in order to proceed. Accordingly, the Court HEREBY ORDERS that:

1. No further filings from Mr. Morrison will be accepted in this matter;[2] and
2. The Clerk of Court is DIRECTED to send Nicholas Morrison a copy of this order.

IT IS SO ORDERED.

Dated: **December 12, 2025**         /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE

---

[1] The Court appreciates Respondent's expedited response.

[2] In the event licensed counsel is secured, this order does not preclude counsel from filing a notice of appearance and submitting filings on behalf of Petitioner Genevieve Morrison.

2