# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVIEVE MORRISON,<br><br>    Petitioner,<br><br>    v.<br><br>TUOLUMNE COUNTY SHERIFF,<br><br>    Respondent. | Case No. 1:25-cv-01591-JLT-EPG-HC<br><br>ORDER GRANTING PETITIONER'S APPLICATION AND APPOINTING CJA COUNSEL<br><br>(ECF No. 26)<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE ORDER ON FEDERAL DEFENDER |

On February 19, 2026, the Court appointed the Federal Defender to represent Petitioner Genevieve Morrison for the purpose of submitting a financial affidavit to determine whether she is financially eligible for appointment of counsel pursuant to 18 U.S.C. § 3006A(a)(2)(B). (ECF No. 24.)

On February 26, 2026, the Federal Defender submitted a financial affidavit showing that Petitioner is financially eligible for appointment of counsel. (ECF No. 25.) The Federal Defender also filed an application for appointment of CJA counsel. (ECF No. 26.)

Accordingly, the Court HEREBY ORDERS:

1. The application for appointment of CJA counsel (ECF No. 26) is GRANTED.

2. CJA counsel is APPOINTED for Petitioner pursuant to 18 U.S.C. § 3006A.

3. The Clerk of the Court shall serve a copy of this order, via email, on the Federal Defender's Office at cae_appointments_habeas@fd.org;

1

4. Within seven (7) days of the date of service of this order, the Federal Defender, as appointing authority for the Eastern District of California, SHALL identify counsel and send counsel's contact information to undersigned's courtroom deputy Felicia Navarro at FNavarro@caed.uscourts.gov, and counsel will be added as counsel for Petitioner;

5. Such appointment, as necessary, will be *pro hac vice* to the CJA Panel and to this District in this matter only;

6. This appointment will be *nunc pro tunc* to the Federal Defender contacting counsel about this appointment on a date given to the courtroom deputy; and

7. Within thirty (30) days of the date of service of this order, counsel for Petitioner shall file a status report regarding the filing of an amended petition and the impact of Petitioner's transfer to the Metropolitan State Hospital in Norwalk, California, on this matter.

IT IS SO ORDERED.

Dated:   **February 26, 2026**              /s/ *Erica P. Grosjean*
                                                UNITED STATES MAGISTRATE JUDGE

2