IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GENEVIEVE MORRISON,                )        Case №: 1:25-cv-01591-1 JLT-EPG
                                   )
            Petitioner,            )              **O R D E R**
                                   )        **APPOINTING COUNSEL**
      vs.                          )
                                   )
TUOLUMNE COUNTY SHERIFF,           )
                                   )
            Defendant.             )
                                   )

The above-named Petitioner has, under oath, sworn or affirmed as to her financial inability to employ counsel or has otherwise satisfied this Court that she is financially unable to obtain counsel and wishes counsel be appointed to represent her. Therefore, in the interests of justice and pursuant to 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Tony F. Farmani is appointed to represent Petitioner in this case effective *nunc pro tunc* to February 27, 2026.

This appointment shall remain in effect until further order of this Court.

IT IS SO ORDERED.

Dated:   **February 27, 2026**           /s/ *Erin P. Grosjean*
                                         UNITED STATES MAGISTRATE JUDGE

-1-