# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVIEVE MORRISON, | Case No. 1:25-cv-01591-JLT-EPG-HC |
| Petitioner, | ORDER GRANTING PETITIONER LEAVE TO FILE FIRST AMENDED PETITION ON OR BEFORE JUNE 25, 2026 |
| v. | |
| TUOLUMNE COUNTY SHERIFF, | |
| Respondent. | |

On February 26, 2026, the Court granted Petitioner's application to appoint CJA counsel and ordered "a status report regarding the filing of an amended petition and the impact of Petitioner's transfer to the Metropolitan State Hospital in Norwalk, California, on this matter." (ECF No. 27.) On March 27, 2026, counsel for Petitioner filed a status report, which states that "Petitioner intends to file an amended petition, and respectfully requests 90 days from the date of this status report, or until June 25, 2026, to file the amended petition, so that counsel can have sufficient time to obtain and review the remaining necessary transcripts and records related to Petitioner's underlying state court case." (ECF No. 29 at 2.)

A party may amend its pleading once as a matter of course within 21 days after serving it, or "if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading." Fed. R. Civ. P. 15(a)(1). "In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P.

1

15(a)(2). See Mayle v. Felix, 545 U.S. 644, 655 (2005) (noting Federal Rule of Civil Procedure 15 is applicable to habeas proceedings). Leave to amend "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a)(2). However, the Court may decline to grant leave to amend "if there is strong evidence of 'undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, [or] futility of amendment, etc.'" Sonoma Cty. Ass'n of Retired Employees v. Sonoma Cty., 708 F.3d 1109, 1117 (9th Cir. 2013) (quoting Foman v. Davis, 371 U.S. 178, 182 (1962)).

Accordingly, the Court grants Petitioner leave to file a first amended petition on or before June 25, 2026.

IT IS SO ORDERED.

Dated:   **March 31, 2026**

/s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE

2